FORM 1. Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT

Form 1
Rev. 03/16

## United States District Court

for the

Eastern District _____ **District of** Pennsylvania _____

Edward Thomas Kennedy , Plaintiff,

v. Case No. 5:18-cv-03532-JLS

Getz, et al. , Defendant.

**NOTICE OF APPEAL**

FILED
AUG 3 1 2018
KATE BARKMAN, Clerk
By _____ Dep. Clerk

Notice is hereby given that Edward Thomas Kennedy (name all parties * taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from an order to dismiss as malacious and failure to state a claim. (from the final judgment) ((from an order) (describe the order)) entered in this action on 8/27/2018.

/s/ Edward Thomas Kennedy
(Signature of appellant or attorney)

401 Tillage Rd., Breinigsville, PA 18031

pillarofpeace2012@gmail.com

pillarofpeace2017@protonmail.com

(Address of appellant or attorney and e-mail address)

[Reset Fields]

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.

Father Edward Kennedy
401 Tillage Road
Breinigsville, PA 18031



U.S.M.S. X-RAY

HARRISBURG PA 171
29 AUG 2018 PM 2 L

Clerk's Office Allentown
United States District Court eastern district of Penns[ylvania]
Edward N Kane courthouse and Federal Building
504 West Hamilton Drive Suite 1601
Allentown Pennsylvania 18101

18101-153199

CLOSED,APPEAL,A/R,SPECIAL

# United States District Court
# Eastern District of Pennsylvania (Allentown)
# CIVIL DOCKET FOR CASE #: 5:18-cv-03532-JLS
# Internal Use Only

KENNEDY v. GETZ, et al  
Assigned to: HONORABLE JEFFREY L. SCHMEHL  
Cause: 28:1331 Fed. Question: Personal Injury  

Date Filed: 08/20/2018  
Date Terminated: 08/27/2018  
Jury Demand: Plaintiff  
Nature of Suit: 360 P.I.: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**EDWARD THOMAS KENNEDY**   represented by   **EDWARD THOMAS KENNEDY**  
401 TILLAGE ROAD  
BREINIGSVILLE, PA 18031  
415-275-1244  
Email: kennedy12@pm.me  
PRO SE  

V.

**Defendant**

**BRADLEY J. GETZ**  
*IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES*

**Defendant**

**RICHARD H. D'AMBROSIA**  
*IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES*

**Defendant**

**ROBERT EVANCHICK**  
*IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES*

**Defendant**

**PENNSYLVANIA STATE POLICE**

**Defendant**

**MALACHY EDWARD MANNION**
*IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES*

**Defendant**

**WILLIAM I. ARBUCKLE**
*IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES*

**Defendant**

**PENNSYLVANIA BAR ASSOCIATION**

**Defendant**

**THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA**

**Defendant**

**THOMAS G. SAYLOR**
*IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES*

**Defendant**

**PHILIP CARL PETRUS**
*IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES*

**Defendant**

**RICHARD CHARLES CLINK**
*IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES*

**Defendant**

**THOMAS B. DARR**
*IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES*

**Defendant**

**ADMINISTRATIVE OFFICE
OF THE PENNSYLVANIA
COURTS**
*(AOPC)*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/20/2018 | 🔒 1 | APPLICATION OF PRO SE PLAINTIFF EDWARD THOMAS KENNEDY TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS. (DT) (Entered: 08/21/2018) |
| 08/20/2018 | 2 | COMPLAINT against ADMINISTRATIVE OFFICE OF THE PENNSYLVANIA COURTS, WILLIAM I. ARBUCKLE, RICHARD CHARLES CLINK, RICHARD H. D'AMBROSIA, THOMAS B. DARR, ROBERT EVANCHICK, BRADLEY J. GETZ, MALACHY EDWARD MANNION, PENNSYLVANIA BAR ASSOCIATION, PENNSYLVANIA STATE POLICE, PHILIP CARL PETRUS, THOMAS G. SAYLOR, THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA, filed by PRO SE PLAINTIFF EDWARD THOMAS KENNEDY. (Attachments: # 1 Civil Cover Sheet Designation Form, Case Management Track Form)(DT) (Additional attachment(s) added on 8/23/2018: # 2 Envelope) (md, ). (Entered: 08/21/2018) |
| 08/20/2018 | 🔒 | (Court only) ***Set/Clear Flags Set Flag A/R, SPECIAL CASE MANAGEMENT TRACK. (DT) Modified on 8/21/2018 (dt, ). (Entered: 08/21/2018) |
| 08/20/2018 | | JURY TRIAL DEMANDED by PRO SE PLAINTIFF EDWARD THOMAS KENNEDY. (DT) (Entered: 08/21/2018) |
| 08/20/2018 | 3 | PRO SE NOTICE RE:GUIDELINES.(DT) (Entered: 08/21/2018) |
| 08/20/2018 | 🔒 | (Court only) ***Set/Clear Flags Set Flag ALLENTOWN READING (DT) Modified on 8/22/2018 (dt, ). (Entered: 08/21/2018) |
| 08/24/2018 | 4 | Letter dated 8/22/2018 from Edward Thomas Kennedy to The |

| | | |
|---|---|---|
| | | Honorable Jeffrey L. Schmehl. Re: Demands and Objections. (DT) (dt, ). (Entered: 08/27/2018) |
| 08/27/2018 | 5 | MEMORANDUM OF 8/27/2018. SIGNED BY HONORABLE JEFFREY L. SCHMEHL. 08/28/2018 ENTERED AND COPIES MAILED TO PRO SE PLAINITFF.(DT) (Main Document 5 replaced on 8/29/2018) (dt, ). (Entered: 08/28/2018) |
| 08/27/2018 | 6 | ORDER OF 8/27/2018 THAT UPON CONSIDERATION OF PLAINTIFF EDWARD THOMAS KENNEDY'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS (ECF NO. 1) AND HIS PRO SE COMPLAINT (ECF NO. 2), IT IS ORDERED THAT: LEAVE TO PROCEED IN FORMA PAUPERIS GRANTED. THE COMPLAINT IS DEEMED FILED. THE COMPLAINT IS DISMISSED AS MALICIOUS AND FOR FAILURE TO STATE A CLAIM FOR THE REASONS SET FORTH THE IN COURT'S MEMORANDUM. KENNEDY MAY NOT FILE AN AMENDED COMPLAINT IN THIS MATTER. THE COURT PLACES KENNEDY ON NOTICE THAT FILING ANOTHER NEW CASE REGARDING THE EVENTS OF JUNE 2, 2017, AUGUST 28, 2017, AS WELL AS HIS INCARCERATION FROM AUGUST 28-30, 2017, MAY RESULT IN RESTRICTION OF HIS FILING PRIVILEGES. SEE ABDUL-AKBAR V. WATSON 901 F.3d 329,333 (3d CIR. 1990). THE CLERK OF COURT SHALL CLOSE THIS CASE. SIGNED BY JUDGE: JEFFREY L. SCHMEHL. 8/28/2018 ENTERED AND COPIES MAILED TO PRO SE PLAINTIFF. (DT) (Entered: 08/28/2018) |
| 08/27/2018 | 🔒 | (Court only) ***Documents terminated: 2 Complaint,, filed by EDWARD THOMAS KENNEDY., ***Motions terminated: 2 Complaint,, filed by EDWARD THOMAS KENNEDY., ***Deadlines terminated.(see paper 6) (DT) (Entered: 08/28/2018) |
| 08/27/2018 | 🔒 | (Court only) ***Civil Case Terminated. (mk, ) (Entered: 08/28/2018) |
| 08/27/2018 | 7 | (FILED IN ERROR, DUPLICATE) MEMORANDUM/OPINION THAT THE COURT WILL GRANT KENNEDY LEAVE TO PROCEED IN FORMA PAUPERIS AND DISMISS HIS COMPLAINT AS |

| | | |
|---|---|---|
| | | MALICIOUS. IF KENNEDY SEEKS TO CLARIFY OR AMEND HIS CLAIMS REGARDING THE EVENTS OF JUNE 2, 2017, AUGUST 28, 2017, AND HIS INCARCERATION FROM AUGUST 28-30, 2017, HE MUST DO SO IN CIVIL ACTION NO. 18-977. IN LIGHT OF KENNEDY'S FILING HISTORY, THE COURT WILL PLACE HIM ON NOTICE THAT FILING ANOTHER NEW CASE REGARDING THESE SAME EVENTS MAY RESULT IN RESTRICTION OF HIS FILING PRIVILEGES. KENNEDY WILL NOT BE PERMITTED TO FILE AN AMENDED COMPLAINT IN THIS MATTER. AN APPROPRIATE ORDER FOLLOWS. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 8/27/18. (FILED IN ERROR AS DUPLICATIVE) 8/28/18 ENTERED AND COPIES MAILED TO PRO SE'. ( ky, ) Modified on 8/29/2018 (dt, ). Modified on 8/29/2018 (ky, ). (Entered: 08/28/2018) |
| 08/27/2018 | 8 | (FILED IN ERROR, DUPLICATE)OPINION/ORDER THAT LEAVE TO PROCEED IN FORMA PAUPERIS IS GRANTED. THE COMPLAINT IS DEEMED FILED. THE COMPLAINT IS DISMISSED A MALICIOUS AND FOR FAILURE TO STATE A CLAIM FOR THE REASONS SET FORTH IN THE COURT'S MEMORANDUM. KENNEDY MAY NOT FILE AN AMENDED COMPLAINT IN THIS MATTER. THE COURT PLACED KENNEDY ON NOTICE THAT FILING ANOTHER NEW CASE REGARDING THE EVENTS OF JUNE 2, 2017, AUGUST 28, 2017, AS WELL AS HIS INCARCERATION FROM AUGUST 28-30, 2017, MAY RESULT IN RESTRICTION OF HIS FILING PRIVILEGES. THE CLERK OF COURT SHALL CLOSE THIS CASE. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 8/27/18. 8/28/18 ENTERED AND COPIES MAILED TO PRO SE'. (ky, ) (FILED IN ERROR AS DUPLICATIVE) Modified on 8/29/2018 (dt, ). Modified on 8/29/2018 (ky, ). (Entered: 08/28/2018) |
| 08/31/2018 | 9 | NOTICE OF APPEAL to the Federal Circuit of Appeals as to 6 Order (Memorandum and/or Opinion) by EDWARD THOMAS KENNEDY. IFP GRANTED. (Attachments: # 1 envelope)(DT) Modified on 9/4/2018 (DT). (Entered: 08/31/2018) |
| 08/31/2018 | 🔒 | (Court only) ***Appeal Terminated: 9 Notice of Appeal filed |

| | | by EDWARD THOMAS KENNEDY. (DT) (Entered: 09/04/2018) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD THOMAS KENNEDY,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 18-CV-3532** |
| | : | |
| **BRADLEY J. GETZ,** *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 27th day of August, 2018, upon consideration of Plaintiff Edward Thomas Kennedy's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** as malicious and for failure to state a claim for the reasons set forth in the Court's Memorandum. Kennedy may not file an amended complaint in this matter.

4. The Court places Kennedy on notice that filing another new case regarding the events of June 2, 2017, August 28, 2017, as well as his incarceration from August 28-30, 2017, may result in restriction of his filing privileges. *See Abdul-Akbar v. Watson*, 901 F.3d 329, 333 (3d Cir. 1990).

5. The Clerk of Court shall **CLOSE** this case.

                                                                               **BY THE COURT:**

                                                                               **/s/ Jeffrey L. Schmehl**
                                                                               **JEFFREY L. SCHMEHL, J.**